| | | | | | |
|---|---|---|---|---|---|
| 15-173 | State v. Masse | Affirmed | 1/7/16 | Grand Isle Crim. | 132/728 |
| 15-185 | State v. Davis | Affirmed; reversed | 1/7/16 | Envtl. Div. | 132/728 |
| 15-255 | Mangini v. Hardie | Affirmed | 1/7/16 | Windsor Fam. | 132/728 |
| 15-300 | Atkins v. Witham | Affirmed | 1/7/16 | Chit. Civ. | 132/728 |
| 15-344 | In re L.C. | Affirmed | 1/7/16 | Chit. Fam. | 132/728 |
| 15-347 | Van Alstyne v. Martin | Affirmed | 1/7/16 | Windsor Fam. | 132/728 |
| 15-349 | In re F.B. | Affirmed | 1/7/16 | Benn. Fam. | 132/728 |
| 15-364 | In re K.M. | Affirmed | 1/7/16 | Frank. Fam. | 132/728 |
| 14-317 14-336 14-337 14-338 | State v. Dow | Remanded | 1/12/16 | Windham Crim. | 132/728 |
| 15-411 | GMAC Mortgage LLC v. Kriauciunas-Beal | Reconsideration denied | 1/12/16 | Orig. Juris. | 132/728 |
| 16-002 | Robert Bosch Corp. v. Town of Lyndon | Dismissed | 1/12/16 | PVR | 132/728 |
| 15-337 | In re D.B. | Vacated | 1/20/16 | Essex Fam. | 132/728 |
| 15-469 | State v. Snyder | Dismissed | 1/20/16 | Benn. Crim. | 132/728 |
| 16-002 | Robert Bosch Corp. v. Town of Lyndon | Reinstatement denied | 1/28/16 | PVR | 132/728 |
| 14-210 | State v. LaPlant | Reargument denied | 2/4/16 | Frank. Crim. | 133/138 |
| 15-255 | Mangini v. Hardie | Reargument denied | 2/8/16 | Windsor Fam. | 133/138 |
| 15-242 | State v. Colucci | Reargument denied | 2/9/16 | Cal. Crim. | 133/138 |
| 15-287 | In re K.B. | Dismissed | 2/9/16 | Benn. Fam. | 133/138 |
| 16-039 | In re C.M. | Dismissed | 2/10/16 | Orleans Fam. | 133/138 |
| 16-040 | Kendall v. Kane | Dismissed | 2/10/16 | Windsor Civ. | 133/138 |
| 14-425 | State v. Russell | Affirmed | 2/11/16 | Benn. Crim. | 133/138 |
| 15-016 | In re Gergov | Affirmed | 2/11/16 | Rut. Civ. | 133/138 |
| 15-153 | State v. Stone | Affirmed | 2/11/16 | Benn. Crim. | 133/138 |
| 15-177 | State v. McKinstry | Affirmed | 2/11/16 | Wash. Crim. | 133/138 |
| 15-180 15-231 | State v. Surdam | Affirmed | 2/11/16 | Benn. Crim. | 133/138 |
| 15-188 15-336 | State v. Lanzetta | Affirmed | 2/11/16 | Chit. Crim. | 133/138 |